# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JB JAMES CONSTRUCTION, LLC

VERSUS

GREATER NEW ORLEANS
EXPRESSWAY COMMISSION

NO. 2024 CW 0943

**DECEMBER 4, 2024**

---

In Re:     Greater New Orleans Expressway Commission, applying for
supervisory writs, 22nd Judicial District Court, Parish
of St. Tammany, No. 202310543.

---

BEFORE:   **WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT GRANTED.** The portion of the district court's August 27, 2024 judgment which granted the motion for partial summary judgment as to item number 3 finding that Sections 105.17(a) and (c) of the Supplemental Specifications are null, void and unenforceable is vacated. It is well settled that courts will not decide abstract, hypothetical, or moot controversies, or render advisory opinions with respect to controversies. Cases submitted for adjudication must be justiciable, ripe for decision, and not brought prematurely. A "justiciable controversy" is one presenting an existing actual and substantial dispute involving the legal relations of parties who have real adverse interests and upon whom the judgment of the court may effectively operate through a decree of conclusive character. A "justiciable controversy" is distinguished from one that is hypothetical or abstract, academic, or moot. **Plaquemines Port, Harbor & Terminal Dist. v. Dep't of Transportation & Dev.**, 2024-0099 (La. App. 1st Cir. 9/20/24), -- So.3d --, 2024 WL 4248929. We find it would be premature at this time to decide this single limited issue of contractual interpretation. It is unknown at this time whether a ruling on this issue is necessary or whether the conflicts at issue herein could be decided on other grounds, rendering a ruling on this issue unnecessary.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT